TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00147-CV






In re Admiral Insurance Company







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N



 Relator Admiral Insurance Company files its emergency motion to stay and for
temporary relief and a petition for writ of mandamus. See Tex. R. App. P. 52.8, 52.10. We overrule
the emergency motion and deny the petition for writ of mandamus.



 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: March 27, 2003